# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

HENRY WALTER AUSTIN,

      Petitioner,

v.                           CASE NO.  4:11cv491-RH/CAS

ERIC H. HOLDER JR., et al.,

      Respondents.

_____/

## ORDER DISMISSING PETITION AS MOOT

This case is before the court on the magistrate judge's report and recommendation, ECF No. 24.  No objections have been filed.  Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion.  The clerk must enter judgment stating, "The petition is dismissed without prejudice."  The clerk must close the file.

SO ORDERED on June 2, 2012.

                           s/Robert L. Hinkle_____
                           United States District Judge